UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL JOSEPH ADKINS,

    Defendant.
_____/

Case No. 24-cr-20421
Hon. Matthew F. Leitman

**<u>ORDER (1) REQUIRING DEFENDANT TO PERSONALLY APPEAR AT HEARING ON MOTION FOR WITHDRAWAL OF ATTORNEY and (2) REQUIRING STEVEN SCHARG TO SERVE THIS ORDER ON DEFENDANT AND TO FILE A PROOF OF SERVICE ON THE DOCKET</u>**

On July 31, 2025, attorney Steven Scharg filed a motion to withdraw as counsel for Defendant Daniel Adkins. Scharg says that there has been a fundamental breakdown in the attorney-client relationship between himself and Adkins. The Court will hold a hearing on Scharg's motion on **August 26, 2025, at 2:00 p.m.** During the hearing, the Court will review the relationship between Adkins and Scharg and determine whether to permit Scharg to withdraw. And if the Court permits Scharg to withdraw, the Court will address the status of Adkins' representation, including whether to appoint new counsel for Adkins. Because the Court will be addressing these significant matters, it is imperative that Adkins personally attend the hearing. The Court hereby ORDERS him to do so. If Adkins

1

fails to comply with this order, the Court will make significant decisions concerning his representation in this matter – including whether he will be represented and, if so, by whom – in Adkins' absence and without any input by Adkins.

The Court DIRECTS Steven Scharg to serve this Order on Adkins and to file on the docket a proof of service confirming that he has done so. Scharg shall complete the service and file the proof of service by not later than **August 8, 2025**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126